IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| RICKEY BACCUS TAYLOR, #1291942 | § | |
| VS. | § | CIVIL ACTION NO. 4:09cv43 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be denied and dismissed with prejudice. Petitioner has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of Petitioner are without merit. Petitioner fails to show that the Report is erroneous – that he was denied effective assistance of counsel, that but for counsel's alleged errors, the result would have been different, or that confidence in the outcome of his trial was undermined. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and Petitioner's case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further

2

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 29th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE